## FIRST AMENDED EXHIBIT A

| | |
|---|---|
| Abaneme | Julie |
| Abron | Debbie |
| Acosta | Jacqueline |
| Adams | Paula |
| Adams (Blumhorst) | Vicki |
| Adebanjo | Kliche Folashade |
| Adkins | Therza |
| Aguilar | Shirley |
| Agullana | Sue |
| Akiri | Brigid |
| Alaniz | Yolanda |
| Alcazar-Darden | Rebecca |
| Alexander | Leticia Harry |
| Alexander | Rebecca |
| Allen | Brandy Jo |
| Allen | Keely |
| Allen | Lisa |
| Allen | Marlisa Stewart |
| Allen | Taren |
| Almaguer | Bianca |
| Almeida | Amber |
| Almendarez | Maria |
| Alvarado | Rodolfo |
| Alve | Anne |
| Anderson | Kamisha |
| Anderson | LaTasha |
| Anderson | Lori |
| Anderson | Tpheris |
| Andrade | Tiffany Nicole |
| Andrews | Ingrid |
| Anozie | Anthony |
| Anthony | LaTanya |
| Arauza | Corina |
| Archer | Beverly |
| Arellano | Theresa |
| Armendariz | Gabriel |
| Arnold-Moore | Shirley |
| Arreola | Florence |
| Arzola | Patricia |

| | |
|---|---|
| Atkinson | Schrell |
| Aven | Gary |
| Bacon | Jessica |
| Bailey | Calandria |
| Baker | Amanda |
| Balfour | Pamela |
| Balthazar | Cheryl |
| Barfield | Stacy |
| Barker | Michelle |
| Barrera | Imelda |
| Barrientes | Christina |
| Barrio-Cox | Lisa Ann |
| Barrios | Teresa |
| Barrios | Teresa |
| Bass | Rita |
| Batiste | Keisha |
| Baxter | Eleanor |
| Beal | Cheria |
| Beckford-Anderson | Mercedes |
| Begelton | LaDonna |
| Begnoche | Marc |
| Benandez | Naomi |
| Benitez | Jacquelyn Marie |
| Bennett | Debra |
| Bessard-Barry | Shamyra |
| Bethel-Constable | Ingrid |
| Blackwell | Phyllis |
| Blanchard | Ann |
| Bolton | David |
| Bonner | Tommy |
| Borrego | Alfredo |
| Borunda | Oscar |
| Botello | Belinda |
| Bowman | Paula |
| Boykin | Jarrett |
| Boykin | Shereka |
| Bradburn | Michael |
| Bradbury | Ruth |
| Bradford | Rhonda |
| Bralley | Mary |
| Braun | Heather |

2

| | |
|---|---|
| Bridge | Sarah |
| Bridges | Janice |
| Brinich-Langlois | Heather |
| Briones | Melissa |
| Britton | Deanna |
| Brock | Leslie |
| Brooks | Lonora |
| Brooks | Tammy |
| Brown | Dameeka |
| Brown | Danita |
| Brown | Debra |
| Brown (Bell) | Keisha |
| Brown | Kindra |
| Brown | Misty |
| Brown | Teresa |
| Brown | Tonyia |
| Brown | Trina |
| Browning | Helen |
| Bruner-Garland | Yolanda |
| Bryan | Mandy |
| Budel-Mauger | Gisele |
| Bullock (Perkins) | Latrell |
| Burkhart (Ringler) | Tina |
| Burnett | Jovanka |
| Burns | Vickie |
| Burton | Ulanza Lazette |
| Bush | Shirley |
| Bussey | Natasha |
| Cain-Wright | Naomi |
| Camacho | Rochelle |
| Cambre | Sandra |
| Campanella | Cristina |
| Canavati-Pena | Sonaya |
| Cantu | Bonnie |
| Cantu | Sharra |
| Cantue | Rosalyn |
| Cardenas | Adriana |
| Cardona-McGuill | Hortencia |
| Carillo | Penny |
| Carouthers | Lynda |
| Carpenter (Marsh) | Kyomi Andrea-Amelia |

ATTACHMENT 1

| | |
|---|---|
| Carr | Alicia |
| Carr | Irma |
| Carrillo | Adriana |
| Carroway-Quarels | LaTasha |
| Carter (Carroll) | Amy |
| Casey | Veronica |
| Casselton | Emma |
| Castillo | Kristen |
| Cavaliere | Cassady |
| Cavazos | Jessica |
| Ceballos | Luis Alberto |
| Cerventes | Miguel |
| Chambers | Cynthia |
| Chambers | Ryan |
| Chaney | Talove |
| Chang | Kil |
| Chapman | Jennifer Ellis |
| Chavez | Gloria |
| Cheadle (Booth) | Josephine |
| Chivers | Rose |
| Christopher | Michael |
| Cisnero-Salazar | Leonor |
| Clark | Daisy |
| Clark | Donna |
| Clark | Nannette |
| Clark | Robin |
| Cody | Barbara |
| Coffey | LaTonya |
| Cole | Jeannie |
| Collins | Terra |
| Combs | Amanda |
| Cooke-Morrison | Rachelle |
| Cooper | Damian |
| Corina | Marc |
| Cortez | Sylvia |
| Corvera | Jacqueline Elizabeth |
| Coty | Brandy |
| Coulston | Christa |
| Coulter (Castellanos) | Lindsey |
| Covin | Natalie |
| Craig (Smith) | Lisa |

| | |
|---|---|
| Craft | Aubrey |
| Crane | Barbara |
| Craven | William Douglas |
| Crawford | January |
| Crawford | Louis |
| Crayton | Treylin |
| Crowe | Jill |
| Cruz | Kimberly |
| Cruz | Trisha Kristine |
| Cruz | Veronica Ann |
| Cuellar | Rita |
| Cuenca | Maria Laura |
| Cummings | Cherri |
| Daniel | Molly Brown |
| Davis | Cassandra |
| Davis | Deborah |
| Davis | Patricia |
| Davis | Ruby |
| Davis | Sara Gayle |
| Davis | Suzanne |
| De La Cruz-Jones | Edna |
| De La Cruz | Laura |
| De La Cruz | San Juana |
| De La Fuente | Adriana |
| De Luna | Elizabeth |
| DeBoise (Walters) | LaToya |
| DeCicco | Abby Lynn |
| Dempsey | Mandy |
| Demsky | Marsha |
| Denman | Vickie |
| Denney | Joy |
| Denson | Arianna |
| Denson | Emily |
| DeTarrille | Sandra |
| Diaz | Jessica Carolina |
| Diaz | John |
| Diaz | Valeria |
| Dickenson | Gillian |
| Donovitz | Mandy |
| Downey | Laurie |
| Drones | Albert |

ATTACHMENT 1

| | |
|---|---|
| Dumas | Dymon |
| Dunn (Todd) | Jaleesa |
| Dunn | Sherri |
| Durrett | Stephanie |
| Dyer | Ernest |
| Eastman | Keri |
| Ebel | Tricia |
| Ekwulugo | Violet |
| Elliott – Abshire | Julie |
| Emmons | Allen |
| Encarnacion | Sheron Bonice |
| Engle-Gardener | Katy |
| Ennis | Sarah Kathryn |
| Erpenbach (Rivers) | Molly |
| Ervin (Santos) | Tristese |
| Escalona | Iris |
| Escamilla | Leticia |
| Escamilla | Thomas Anthony |
| Escobar | Derrick |
| Escobar | Jason |
| Espino | Consuelo |
| Evans | Brenda |
| Evans | Charles Robert |
| Evans | Kristina |
| Evins | Doris |
| Fabela | Georgiana |
| Falcon | Leticia |
| Faltinek | Jerry |
| Farias | Jaime |
| Farmer | Douglas Scott |
| Farrar | Carey |
| Farris | Rhonda |
| Ferguson | James |
| Fernandes | Tashani |
| Ferrara | Barbara |
| Fields-Frazier | Danitra |
| Flakes | Relanda |
| Flores | Darlene |
| Flores | Janet |
| Flores | Mindy |
| Flores | Noel |

| | |
|---|---|
| Flores-Rowe | Erika |
| Flowers | Dionne |
| Ford | DeTinna |
| Foresythe | Aderonke |
| Fotnett | Kenya |
| Fox-Mendez | Victoria |
| Franco | Aida Evgenia |
| Frank | Chivon |
| Frausto | Raymond |
| Frazer | Seimiko |
| Frias | Zulema |
| Fulgham | Linda |
| Fuller | Tonya |
| Gaeta | April |
| Gafford | Karen |
| Gaither-Smith | Betty |
| Gallardo | Laura |
| Galvan-Castillo | Monica |
| Gandy | Cynthia |
| Garcia | Amenda Maria |
| Garcia | Antonio |
| Garcia | Cristian |
| Garcia | Elsie |
| Garcia | Norma |
| Garcia | Santiago |
| Garcia | Ted |
| Garibay, Sr. | Arturo |
| Garnett | Mary |
| Garza | Christina |
| Garza | Linda |
| Garza | Margaret |
| Garza | Melissa |
| Garza | Richard |
| Gatison | Sabrina |
| Gavaldon | Mabel |
| Gearhart | Roxi |
| Geddings (Guidry) | Katherine |
| George | Hannah |
| George | Sheila |
| German | Julie |
| Gipson | Nitra |

ATTACHMENT 1

| | |
|---|---|
| Glover-Kelsey | Lorri |
| Goerz | Abigail |
| Gomez | Marisol Cruz |
| Gomez | Mark |
| Gonzalez | Araceli |
| Gonzalez | Melissa |
| Gonzalez | Ruby |
| Goodall | Elizabeth |
| Goodman | Jessalyn Dana Marie |
| Goodwin | Carrie |
| Gorham (Felker) | Courtney Elayne |
| Gorhum | Bridget |
| Gove | Judith |
| Gradney | Connie |
| Graham | Gloria |
| Grajek | Linda Irene |
| Graves | Angela |
| Graves | Porsha |
| Green | Byron |
| Greene | Samantha |
| Griffin | Guinevere |
| Groomer | Ruth |
| Guerrero | Ana Laura |
| Gutierrez | Leticia Anne |
| Gutierrez Jr. | Porfirio |
| Guzman-Ramirez | Ana |
| Hafner | John Bradley |
| Hall | Sharon |
| Hallman | Effie |
| Hamilton | Lisa |
| Hammond | Nicholas |
| Hampton | Kedrick |
| Hamrick | Cliff |
| Hano | Ashley |
| Hanson | Sandra |
| Hardin | Marion |
| Harris | Janet |
| Harris | Omar |
| Harris | Shantara |
| Harris | Sherry |
| Harvey | Tamika |

ATTACHMENT 1

| | |
|---|---|
| Harvey (Hunneycutt) | Kacye |
| Hassebrock | Judy |
| Haven | Susan |
| Haynes | Dorraine |
| Haynes | Jeremy |
| Heath (Andrews) | Robi |
| Hebert | Ramona |
| Hedinger | Carrie |
| Heitz | Yesenia |
| Henderson | Shaylonda |
| Henry | Gloria |
| Henson | Schrietta |
| Hermis | Michele |
| Hernandez | Guillermo |
| Hernandez | Rosie |
| Hernandez | Rozee |
| Hernandez Jr | Felipe |
| Herrera | Monica |
| Herron | Leslie |
| Heyer | Kristen |
| Hicks | Brenda |
| Hidalgo | Maribel |
| Hiler | Sean |
| Hill | Shana |
| Hills | Davina |
| Hinman | Toni |
| Hinojosa | Miriam |
| Hirsch | Michelle |
| Holland | Allene |
| Holmes | Eric |
| Holmes | Stephanie |
| Holtzclaw | James |
| Howard | Colleen |
| Howell (Holmes) | Lindsay |
| Hubbard | Nicole |
| Hubert | Brenda |
| Huff (Dubrowski) | Mary Kathryn |
| Humphries | Kirsten Kay |
| Hunter | Vincent |
| Hurt | Sarah |
| Huston | Jessica |

| | |
|---|---|
| Ike | Romanus |
| Ikpe | Peters |
| Insall | Cynthia |
| Iroanya | Lisa |
| Jackson | Altheia |
| Jackson | Danielle |
| Jackson Turner | Keesha |
| Jackson | Patricia |
| Jaime | Carlos |
| James | Bethany |
| Jaramillo | Linda |
| Jenkins | Casey |
| Jenkins | Jason |
| Jenkins | Melody |
| Jesku | Sandra |
| Jewell | Adrienne |
| Jimenez | Lilian |
| Johanningmeier | Jeannie |
| Johnson | Cherronda |
| Johnson | Christy Michelle |
| Johnson | Mia |
| Johnson | Stacy |
| Johnson | Tanya |
| Jones | Christal |
| Jones | Ekira |
| Jones | Erica |
| Jones | Shanaya |
| Jones | Stephanie |
| Jones | Vermeille |
| Kato | Chauntae |
| Keeton | Sheryl |
| Kelley | Misty |
| Kelley | Toni |
| Key | Debra |
| Kimball | Bree |
| King | Jennifer |
| King | Onica |
| King | Roberta |
| Kirkendoll | Carolyn |
| Klungvedt | Kristin |
| Knight | Derek |

| | |
|---|---|
| Knight | LF Pat |
| Knight | Vanessa |
| Knight-Landrum | Susan |
| Knobel | Laurie |
| Knox | Robert |
| Koedam (Mann) | Wendy |
| Korlison | Rocheforte |
| Krieg | Nicole |
| Kuteyi | Kemisela |
| Kutra | Magen |
| Lacy | Treece |
| LaGrange | Caren |
| Lane-Allen | Mandy Karol |
| Langford | Lamar |
| Larsen (Harris) | Porsche Rae |
| LaRue | Jacob |
| Lattier | Roseland |
| Lawless (Schindler) | Clarissa |
| Lawrence | Robin |
| Lawson | Francis |
| Leatherwood | Shirley |
| Lebensieg | Andreas |
| Ledbetter | Rocio |
| Lenart | Holly |
| LePori | Zandra Nicole |
| Leuer | Sue |
| Lewis | Angela |
| Lewis | Sandra |
| Lewis (Wells) | Shawna |
| Lewis | Tracey |
| Lewis | Patrice |
| Lightbourn | Lucila |
| Lindenman | Edita |
| Little | Ashley |
| Lloyd | Estella |
| Loera | Cintia |
| Loera | Meghan (Yvonne) |
| Loflin | Kristin |
| Long | Charletta |
| Longoria | Jennifer |
| Lopez | Gabriel |

ATTACHMENT 1

| | |
|---|---|
| Lopez | Juanita |
| Loughran | Darcy |
| Louis | Priscilla |
| Love | Katie |
| Love | Ruthie Mae |
| Lover | Umekia |
| Lozano | Christina |
| Luevano | Brenda |
| Lutka | Brittany |
| Mac Adams | Evan |
| Machado | Alondra |
| Mack | Katrina |
| Mader (Bogel) | Melissa |
| Madore | Barbara |
| Magee | Teara |
| Mahany | Lindsey |
| Maiden | Candace |
| Mainer | Tyrena |
| Maldonado | Francisco |
| Mangum | Ceceilia |
| Mann | Lindsey |
| Mann | Shawna |
| Manning | Ebonique |
| Marple | Nichole |
| Marquez | Angelina |
| Marroquin | Leandro |
| Marshall | Joel |
| Martin | Amanda |
| Martinez | Amanda |
| Martinez | Blanca |
| Martinez | Jose |
| Martinez | Julia |
| Martinez (Montoya) | Melinda |
| Martinez | Stephanie |
| Mason | Tomika |
| Mason | Tamika |
| Massey | Alice |
| Mata | Gilbert |
| Mata | Jennifer |
| Mathis | Venita |
| Mathison | Kathleen |

12

| | |
|---|---|
| Mattox | Karen |
| Matwijiw | Tatiana |
| Mayo | Teoahnna |
| Mays | LaShonda |
| Mays | Ryan |
| Mazerolle | Rachel |
| McCray | Lanicia |
| McDowell | Sharon |
| McFerren | Della |
| McKibben (Wacker) | Stephanie |
| McLaurin | Cassandra |
| McLean | Beth |
| McMillian | Diane |
| McNiel | Derek |
| McPeek | Elisha |
| McQuitty | Carla Jeter |
| McReynolds | Jeaneen |
| Meam | Sunny |
| Medelez | Crystal |
| Melgar | Jackelyn |
| Mendoza | Leonila |
| Meredith | Valeria |
| Meredith | Yolanda |
| Mestas | Ricky |
| Metoyer | Judith |
| Meyer | Kathy |
| Meza | Crystle |
| Mills | Adrian |
| Mills | Laura |
| Milner | Regina |
| Mingboupha | Xaysana |
| Minor | Megan |
| Mireles | Roxanna |
| Money | Carmen |
| Monroy | Barbara |
| Montgomery | Elizabeth |
| Moore | Katherine |
| Moore | Stefanie |
| Mora | Marty |
| Morales | Joseluis |
| Morales | Latasha |

ATTACHMENT 1

| | |
|---|---|
| Morales | Marcela |
| Mordi | Patrick |
| Moreno | Patsy |
| Moretti | Marissa |
| Morris | Ruth |
| Moss | Brandi |
| Moyer | Lynne |
| Muniz | Alondra |
| Muniz | Patricia |
| Murry | Carol |
| Nelson | LaKeesha |
| Nelson | Mary |
| Newell | Kimberly |
| Nichols | Taiquan Toni |
| Nimo | Jessica |
| Noel | Nicole |
| Noel (Rodriguez) | Clarissa Garza |
| Nolen | Mona |
| Norris | Teressa |
| Norton-Lawlor | Stacey Marie |
| Ochoa | Angelica |
| Ochoa | Yvonne |
| Oestrich | Patti |
| Ogle | Amy Lynn |
| Ogle | Phillip |
| Oldham | Rebecca |
| Oliver | Theunice |
| Ontiveros | Veronica |
| Orange  (Brown) | Eadwina |
| Ortiz | Elisa |
| O'Sullivan | Stephanie Marie |
| Padgett | Cynthia |
| Palmer III | Arthur |
| Parish | Lawren |
| Parker | Kisha |
| Patterson | Kristin |
| Paul | Charles |
| Peavy | Anthony |
| Pelitire | Lisa |
| Pena | Heriberto |
| Perdue | Mandie |

| | |
|---|---|
| Perez | Norma |
| Perez | Patricia |
| Perez | Priscilla |
| Pettway-Thomas | Jillian |
| Pfeil | Leta |
| Phelps | Steven |
| Pina | Omar |
| Pinkney | Roshunda |
| Polanco | Michelle |
| Pollard | Michelle |
| Poore | Linda |
| Pope | Krisandra |
| Porche | Willie |
| Porter | Andrea |
| Porter-Jackson | Triciana |
| Portillo | Summer |
| Postell | Alice |
| Powell (Thompson) | Andrea |
| Powers | Cecilia Michele |
| Powers | Melissa |
| Priest | Heather |
| Pulver | Nicole |
| Pyles | James |
| Quarterman | Sheila |
| Quezada | Olivia |
| Quillen | Beth Ann |
| Quinones (Corona) | Rebeca |
| Ramirez (Perez) | Anita |
| Rammage-Bearden Smith | Jennifer |
| Ramos | Elizabeth |
| Rangel | Rose |
| Rankin | Mary |
| Rash | Bonnie Nicole |
| Ratliff | Jessie |
| Ray | Stephani |
| Ray | Stephanie |
| Reeves | Larry Glenn |
| Reposa | Leila |
| Reyes | Aleda |
| Reynolds | Callie |
| Reynolds | Jacqueline |

ATTACHMENT 1

| | |
|---|---|
| Rhodes (Reichert) | Emily |
| Richards | Darchel |
| Richardson | Allison |
| Richardson | Rachel |
| Ricker | Daniel |
| Rivas | Victoria |
| Rivers | Tamesha |
| Robertson | Melanie |
| Robin | Kendra |
| Robinson | Audrey |
| Robinson | Christopher Michael |
| Robinson | LaDonna |
| Robinson | Uquay |
| Robinson-Taylor | Chisa |
| Rocha | Alicia |
| Rodriguez | Albert |
| Rodriguez | Jacqueline |
| Rogers (Graves) | Lindsey |
| Rollins | Keisha |
| Romero | Bobbie |
| Rosborough | Lescyne |
| Ross | Marinda |
| Ross | Yolanda |
| Rotler | Jessica |
| Rowell-Morris | Beverly |
| Rubio | Teresa |
| Ruiz | Sylvia |
| Rummels | Sharon |
| Runnels | Kimberly |
| Ruppert | Aracelia |
| Russell | Stephanie |
| Russell (Dussette) | Kimberly |
| Ryan | Kimberly |
| Saenz | Amy |
| Salinas | Annette |
| Salinas | Belynda |
| Salinas-Rodriguez | Mayra |
| Salinas | Raul |
| Salinas | Victoria |
| Salzman | Sara |
| Sampson | Fannie |

ATTACHMENT 1

| | |
|---|---|
| Samuels | Tahirah |
| Samuey | Anita Abner |
| Sanchez | Gabriel |
| Sanchez | Laura |
| Sanchez (Rocha) | Sarah |
| Sandifer | Carolyn |
| Sandoval | Carol |
| Santillan | David |
| Savedra (Green) | Allison |
| Sawyer | Kimberly |
| Schuessler (Ellis) | Courtney |
| Scott | Anna |
| Scott | Candida |
| Scott | John |
| Self | Juquita Eloise |
| Semler | Mary |
| Shaw | Courtney |
| Shaw | Patricia |
| Sheppard | Brenna |
| Shingleton | Shevaun |
| Shipley | Teresa |
| Shoulders | Harlan |
| Shows | Ingrid |
| Siemens | Richard |
| Sieperda (Pringle) | Vonya |
| Simmons | Lora |
| Singer | Lacey |
| Sissom | Megan |
| Slaughter | Roxanne |
| Slusher | Robin |
| Smith | Andrea |
| Smith | Ashley |
| Smith | Dana |
| Smith | Denise |
| Smith | Marvin |
| Smith | Nicole |
| Sneed | Jennifer |
| Solis | Beatrice |
| Solyakova | Olga |
| Soriano | Andrea |
| Soto | Saul |

ATTACHMENT 1

| | |
|---|---|
| Specht | Jamie |
| Speir | Crystal |
| Spence | Kristen |
| Spencer | Chemeika |
| Stampp | Paul |
| Starks | Alvina |
| Steet | Vanessa |
| Stephens | Jamie |
| Steward | John |
| Stewart | Leisa |
| Sticksel | Araby |
| Strain | Melissa |
| Strain | Ricky |
| Strickland | Marsha |
| Strong | Terri |
| Stutzman | Charity |
| Sullivan | Katherine Bridget |
| Sultemeier (Fleming) | Heather |
| Sutton (Roy) | Jamesha |
| Sutton | Linda |
| Swayne | Julianne |
| Sweeney | Julianne |
| Sweeny | Dawn Marie |
| Tapia | Polo |
| Tate | Shannon |
| Taylor | Clifton |
| Taylor | Pauline |
| Taylor | Tim |
| Teer | Joe |
| Tellkamp (Belknap) | Tania |
| Tennison | Amanda |
| Thomas | Bridgett |
| Thomas | Dextria |
| Thomas | Megan |
| Thomas | Myea |
| Thompson | Christian |
| Thorpe | Paul |
| Tolbirt | Shana |
| Tomlinson | Ethel |
| Torrence (Walker) | Rashada |
| Torres (Gonzales) | Anita |

ATTACHMENT 1

| | |
|---|---|
| Townsend | Marcia |
| Trevino | Jacqueline |
| Tucker | Manetta (Suzie) |
| Tucker | Toni |
| Tucker | Tonya |
| Turner | Brooke |
| Ugbala | Nkemjika |
| Ulmer | Herman Anthony |
| Valdez | Dionicio |
| Valdez III | Miguel |
| Valiare | Morissa |
| Van Stavern | Janet Kathleen |
| Vargas | Tessa |
| Vasquez | Patricia |
| Vega | Andrea |
| Vega | Wendy |
| Velez | Nancy |
| Villarreal | Jerry |
| Vinson | Lynn |
| Viziru | Dusanka |
| Votaw | Mary Elizabeth |
| Walker | Suisan |
| Walters | Karen |
| Walton | Vera Rebecca |
| Warble | Charmain |
| Ward | Amy |
| Ward | Wendi |
| Ware | Aundrea |
| Washington | Dawn |
| Waters | Stacie Michel |
| Watkins | Stephanie |
| Watts | Roxana |
| Webb | Ieshia |
| Weddle | Joshua |
| Weeks | Beverly Bouslog |
| Weinman | Justin |
| Welch | Lois |
| Wells | Susan |
| White | Cessily |
| White | Chantolia |
| White | Rachel |

| | |
|---|---|
| White | Tralonda |
| Whitfield | John |
| Whitmore | Pansy |
| Wicks | Ada |
| Wickware | Amanda |
| Wierzbicki | Stephanie |
| Wiesman | Travis |
| Wiggins | Adell |
| Wiggins | Temica |
| Wilcoxson | Carrie |
| Wiley | Irene |
| Wiley | Sefra |
| Wilkinson | Debra |
| Williams | Karen |
| Williams | Sandra |
| Williams | Tommy |
| Williams | Udonna |
| Williamson | Charity |
| Willis | Alvicher |
| Wilson | Angela |
| Wilson | Kara |
| Wilson | Katie |
| Wilson | Monique |
| Winters | Saran |
| Wiseman-Norment | Ashley |
| Witts | Susan Marie |
| Womack | Deborah |
| Womack | Jennifer |
| Womble | Deana |
| Womble | James |
| Wood | Sarah |
| Woodard | Jerod |
| Wright | Christine |
| Wright | Jennifer |
| Wright | Sharmen |
| Wright | Serena |
| Wynne | Kim |
| Yeargain | Corrie |
| Yerena | Jesus |
| Young | Dial Ray |
| Yzquierdo | Stacey |

ATTACHMENT 1

| | |
|---|---|
| Zamudio | Sonia |
| Zapata | Denice |
| Zapata (Rey) | Rebecca |
| Zavala | Nerisa |
| Zmolik | Jennifer |

ATTACHMENT 1